IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON J. WEISMAN,

    Plaintiff(s),

v.

JARID I. FITZPATRICK,

    Defendant(s).

Case No. 2:21-cv-4027
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This case has been reported settled. The parties are **ORDERED** to file a joint written status report by **APRIL 7, 2023**, unless an appropriate entry of dismissal has been received prior to that date.

**IT IS SO ORDERED.**

Date:  March 7, 2023          /s/ *Elizabeth A. Preston Deavers*
                                              ELIZABETH A. PRESTON DEAVERS
                                              UNITED STATES MAGISTRATE JUDGE