**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Aaron J. Weisman,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-4027 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| **Trooper Jarid I. Fitzpatrick,** | : | Magistrate Judge Deavers |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii), the parties in this action stipulate and agree that the Complaint in this matter is dismissed, with prejudice.

 

                                                                DAVE YOST (0056290)
                                                                Ohio Attorney General

| | |
|---|---|
| /s/ Rex H. Elliott | /s/ Michelle L. Kazar |
| Rex H. Elliott             (0054054) | Hilary R. Damaser       (0059190) |
| Barton R. Keyes        (0083979) | Michelle L. Kazar        (0071211) |
| Jonathan N. Bond     (0096696) | Assistant Attorneys General |
| Cooper Elliott | 30 East Broad Street, 26th Floor |
| 305 West Nationwide Boulevard | Columbus, Ohio 43215 |
| Columbus, Ohio 43215 | (614) 466-2764 |
| (614) 481-6000 | (866) 478-7796 (Facsimile) |
| (614) 481-6001 (Facsimile) | Michelle.Kazar@OhioAGO.gov |
| rexe@cooperelliott.com | Hilary.Damaser@OhioAGO.gov |
| bartk@cooperelliott.com | |
| jonb@cooperelliott.com | Attorneys for Defendant |
| | Jarid I. Fitzpatrick |
| Attorneys for Plaintiff | |
| Aaron Weisman | |